UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CAROL BARCHARD,

    Plaintiff,

  v.                                  CASE NO.  **8:09-cv-02128-VMC-AEP**

STELLAR RECOVERY, INC,,

    Defendant.

---

**NOTICE OF SETTLEMENT**
**(Unlawful Debt Collection Practices)**

---

**NOTICE OF SETTLEMENT**

    "NOW COMES the Plaintiff, CAROL BARCHARD, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 30 days."

    Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

///

///

          Respectfully Submitted,


DATED:  January 20, 2010    KROHN & MOSS, LTD.

          By: /s/ Matthew Kiverts
            Matthew Kiverts
            Krohn & Moss, Ltd.
            120 W. Madison St. 10th Floor
            Chicago, IL 60602
            Ph: (312) 578-9428 ext. 281
            Attorneys for Plaintiff
            FBN: 0013143