UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CAROL BARCHARD,

    Plaintiff,

v.                                        Case No. 8:09-cv-02128-VMC-AEP

STELLAR RECOVERY, INC,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL

CAROL BARCHARD (Plaintiff), by her attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, STELLAR RECOVERY, INC (Defendant), in this case.

Both sides to bear their own costs and expenses.

RESPECTFULLY SUBMITTED,

By: _/s/ James D. Pacitti_____
    James D. Pacitti
    FBN: 119768
    KROHN & MOSS, LTD.
    10474 Santa Monica Blvd
    Suite 401
    Los Angeles, CA 90025
    T: (323) 988-2400
    F: (866) 802-0021
    jpacitti @consumerlawcenter.com
    *Attorney for Plaintiff*